AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JEROME OWENS,

                Plaintiff,

                v.

CHIEF KAREN KELLEY and LT JOEL McCRAY,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-3071-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion to Dismiss is GRANTED.  Complaint is DISMISSED WITHOUT PREJUDICE.

August 22, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Renea Ferrante
*(By) Deputy Clerk*
Renea Ferrante